Certificate Number: 05781-MIE-DE-041175436

Bankruptcy Case Number: 26-45833



05781-MIE-DE-041175436

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 6, 2026, at 11:12 o'clock PM PDT, Viswanathan Venkataswamy Banalu completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Michigan.

Date:   July 6, 2026

By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President